# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

**SHANNON TAYLOR**, on behalf of Minor
A.T., and on behalf of all other similarly
situated individuals,

**Case No. 1:26-CV-00284-JCN**

    *Plaintiff*,

vs.

**WOODFORDS FAMILY SERVICES**,

    *Defendant*.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Shannon Taylor, on behalf of Minor A.T., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1.    All claims of the Plaintiff, Shannon Taylor, on behalf of Minor A.T., individually, are hereby dismissed without prejudice.

2.    All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date:  June 3, 2026

Respectfully submitted,

*/s/ Leanna A. Loginov*

Leanna A. Loginov*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299
lloginov@shamisgentile.com

/s/ Mariya Weekes

Mariya Weekes*
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (866) 252-0878
mweekes@milberg.com

*Counsel for Plaintiff and the Proposed Class*

*\* pro hac vice forthcoming*


s/ Peter L. Murray
Peter L. Murray
pmurray@mpmlaw.com


s/ Richard L. O'Meara
Richard L. O'Meara
romeara@mpmlaw.com


s/ Meredith K. Cook
Meredith K. Cook
mcook@mpmlaw.com

Murray, Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME 04101
(207) 773-5651

Counsel for Plaintiff and Proposed Class